UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-45962-659 |
| | ) | |
| Christopher & Brittney Robotham, | ) | Chapter 13 |
| | ) | |
| Debtors-Movants, | ) | Order |
| | ) | |
| | ) | Motion No. ____44____ |

**CERTIFICATION**

The undersigned certifies that all entities entitled to notice of Debtor's Motion to Approve Settlement and to Retain Settlement Funds in accordance with Local Bankruptcy Rules have been served with the foregoing motion/ pleading/objection and the time for response has passed.  No responses in opposition have been filed with the Court or Debtor's Attorney.  Movant requests the Court enter the attached Order which supercedes any prior proposed Orders.

By: /s/ Dominic Pontello ____
Dominic Pontello, MO #60947
Attorney for Debtor
406 Boones Lick Rd
St. Charles, MO 63301
e-mail: dominic@pontellolaw.com
(636) 896-4170
Fax: (636) 246-0141

## ORDER

IT IS HEREBY ORDERED that Debtors' Motion to Approve Settlement and to Retain Settlement Funds is granted; and upon the signing of this Order, the proposed settlement is approved, and Debtors are allowed to retain the $944.75 in settlement funds.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: September 1, 2020
St. Louis, Missouri 63102
jim

Order prepared by:

Pontello & Bressler, LLC
406 Boones Lick Rd.
St. Charles, MO 63301

Copies mailed to:

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

U.S. trustee
Office of U.S. Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 6310

Christopher and Brittney Robotham
33 E. Cardigan Dr
St. Louis, MO 63135