UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | Case No. 19-45962-659 |
|---|---|---|
| | ) | |
| Christopher & Brittney | ) | |
| Robotham, | ) | Chapter 13 |
| | ) | |
| Debtors-Movants, | ) | Order |
| | ) | |
| | ) | Motion No. ____44____ |

## **CERTIFICATION**

The undersigned certifies that all entities entitled to notice of Debtor's Motion to Approve Settlement and to Retain Settlement Funds in accordance with Local Bankruptcy Rules have been served with the foregoing motion/ pleading/objection and the time for response has passed.  No responses in opposition have been filed with the Court or Debtor's Attorney.  Movant requests the Court enter the attached Order which supercedes any prior proposed Orders.

By: /s/ Dominic Pontello
Dominic Pontello, MO #60947
Attorney for Debtor
406 Boones Lick Rd
St. Charles, MO 63301
e-mail: dominic@pontellolaw.com
(636) 896-4170
Fax: (636) 246-0141

## ORDER

IT IS HEREBY ORDERED that Debtors' Motion to Approve Settlement and to Retain Settlement Funds is granted; and upon the signing of this Order, the proposed settlement is approved, and Debtors are allowed to retain the $944.75 in settlement funds.

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: September 1, 2020
St. Louis, Missouri 63102
jim


Order prepared by:

Pontello & Bressler, LLC
406 Boones Lick Rd.
St. Charles, MO 63301

Copies mailed to:

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

U.S. trustee
Office of U.S. Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 6310

Christopher and Brittney Robotham
33 E. Cardigan Dr
St. Louis, MO 63135

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                Case No. 19-45962-kss
Christopher Matthew Robotham                                          Chapter 13
Brittney Raye Robotham
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0865-4          User: admin              Page 1 of 1                    Date Rcvd: Sep 01, 2020
                              Form ID: pdfo2           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db/db          +Christopher Matthew Robotham,   Brittney Raye Robotham,   33 E Cardigan Drive,
                St Louis, MO 63135-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
        Diana S. Daugherty    on behalf of Trustee Diana S. Daugherty standing_trustee@ch13stl.com,
         trust33@ch13stl.com
        Diana S. Daugherty    standing_trustee@ch13stl.com,  trust33@ch13stl.com
        Dominic McDarby Pontello    on behalf of Debtor Christopher Matthew Robotham
         dominicpontello@gmail.com,  5606@notices.nextchapterbk.com
        Dominic McDarby Pontello    on behalf of Debtor Brittney Raye Robotham dominicpontello@gmail.com,
         5606@notices.nextchapterbk.com
        Kathryn Allene Klein    on behalf of Creditor   Arsenal Credit Union rb_bank@riezmanberger.com,
         rbadmin@ecf.courtdrive.com
        Lisa Christine Billman    on behalf of Creditor   Quicken Loans Inc moedbknotices@southlaw.com,
         Lisa.Billman@southlaw.com;ksbkecf@ecf.courtdrive.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Susan L. Lissant    on behalf of Creditor   Missouri Department of Revenue edmoecf@dor.mo.gov
                                                                            TOTAL: 8