UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>CHRISTOPHER MATTHEW ROBOTHAM<br>BRITTNEY RAYE ROBOTHAM<br>33 E CARDIGAN DRIVE<br>ST LOUIS, MO  63135<br>   **Debtors** | ) CASE NO: 19-45962-659<br>)<br>)<br>) Chapter 13<br>)<br>)<br>) |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| PONTELLO & BRESSLER LLC<br>406 BOONES LICK RD<br>ATTORNEYS AT LAW<br>ST CHARLES, MO  63301 | 2,400.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PONTELLO & BRESSLER LLC<br>406 BOONES LICK RD<br>ATTORNEYS AT LAW<br>ST CHARLES, MO  63301 | 1,210.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $67.23<br>INT RATE: 0.00 |
| QUICKEN LOANS INC<br>635 WOODWARD AVE<br>C/O BANKRUPTCY TEAM<br>DETROIT, MI  48226-3408 | 134,715.67 | 0/Home Mortgage Payment -- Outside<br>ACCT: 6363<br>COMM: #16 1D/T 33 E CARDIGAN DR<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUICKEN LOANS INC<br>635 WOODWARD AVE<br>C/O BANKRUPTCY TEAM<br>DETROIT, MI  48226-3408 | 6,247.96 | 20/Mortgage Arrearage<br>ACCT: 6363<br>COMM: #16 48MO 33 E CARDIGAN DR<br>REG PYMT: $130.17<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 2
CASE NO: **19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| VANTAGE CREDIT UNION<br>19 RESEARCH PARK CT<br>ST CHARLES, MO  63304-5616 | 10,111.92 | 20/Secured - Motor Vehicle<br>ACCT: XXXX26-1<br>COMM: #5/60MO/15 ALTIMA<br>REG PYMT: $200.23<br>INT RATE: 7.00 |
| ACCOUNT RESOLUTION CORP<br>700 GODDARD AVE<br>CHESTERFIELD, MO  63005-1100 | 0.00 | 40/Unsecured<br>ACCT: 436<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ACCOUNT RESOLUTION CORP<br>700 GODDARD AVE<br>CHESTERFIELD, MO  63005-1100 | 0.00 | 40/Unsecured<br>ACCT: 992<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMERICOLLECT<br>PO BOX 1566<br>MANITOWOC, WI  54221-1566 | 0.00 | 40/Unsecured<br>ACCT: 991<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMERICAN EXPRESS<br>PO BOX 3001<br>C/O BECKET & LEE LLP<br>MALVERN, PA  19355-0701 | 1,352.47 | 40/Unsecured<br>ACCT: 1002<br>COMM: #12<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AR RESOURCES INC<br>1777 SENTRY PKWY W<br>BLUE BELL, PA  19422 | 0.00 | 40/Unsecured<br>ACCT: 50<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ARSENAL CREDIT UNION<br>3780 VOGEL RD<br>ARNOLD, MO  63010-3799 | 7,799.57 | 40/Unsecured<br>ACCT: 2101<br>COMM: #19<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 3
CASE NO: **19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| CAPITAL ONE BANK USA NA<br>15000 CAPITAL ONE DR<br>RICHMOND, VA  23238-1119 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| COMMERCE BANK<br>PO BOX 419248<br>KCREC-10<br>KANSAS CITY, MO  64141-6248 | 6,129.50 | 40/Unsecured<br>ACCT: 4428<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CONSUMER ADJUSTMENT CO<br>12855 TESSON FERRY RD<br>STE 200<br>ST LOUIS, MO  63128-2912 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| T-MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>C/O AMERICAN INFOSOURCE<br>OKLAHOMA CITY, OK  73124-8848 | 255.19 | 40/Unsecured<br>ACCT: 0211<br>COMM: #6<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DIRECTV LLC<br>PO BOX 5008<br>C/O AMERICAN INFOSOURCE LP<br>CAROL STREAM, IL  60197-5008 | 295.96 | 40/Unsecured<br>ACCT: 5630<br>COMM: #13<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DISCOVER BANK<br>PO BOX 3025<br>C/O DISCOVER PRODUCTS INC<br>NEW ALBANY, OH  43054-3025 | 2,351.88 | 40/Unsecured<br>ACCT: 0069<br>COMM: #4<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| T-MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>C/O AMERICAN INFOSOURCE<br>OKLAHOMA CITY, OK  73124-8848 | 55.69 | 40/Unsecured<br>ACCT: 2379<br>COMM: #7<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 4
CASE NO: **19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| FEDERAL LOAN SERVICING<br>PO BOX 60610<br>HARRISBURG, PA  17106-0610 | 0.00 | 40/Unsecured<br>ACCT: 0001<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FEDERAL LOAN SERVICING<br>PO BOX 60610<br>HARRISBURG, PA  17106-0610 | 0.00 | 40/Unsecured<br>ACCT: 0002<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FEDERAL LOAN SERVICING<br>PO BOX 60610<br>HARRISBURG, PA  17106-0610 | 0.00 | 40/Unsecured<br>ACCT: 0010<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FEDERAL LOAN SERVICING<br>PO BOX 60610<br>HARRISBURG, PA  17106-0610 | 0.00 | 40/Unsecured<br>ACCT: 0001<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| IC SYSTEMS<br>PO BOX 64378<br>ST PAUL, MN  55164-0378 | 0.00 | 40/Unsecured<br>ACCT: 71<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JP MORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850-5368 | 1,954.44 | 40/Unsecured<br>ACCT: 2227<br>COMM: #10<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| KAY JEWELERS<br>375 GHENT RD<br>AKRON, OH  44333-4601 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 5
CASE NO: **19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| KAY JEWELERS<br>PO BOX 740425<br>CINCINNATI, OH  45274-0425 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPARTMENT STORE NATL BANK<br>PO BOX 657<br>C/O QUANTUM3 GROUP LLC<br>KIRKLAND, WA  98083-0657 | 203.42 | 40/Unsecured<br>ACCT: 7174<br>COMM: #20 MACYS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ACCOUNT RESOLUTION CORP<br>700 GODDARD AVE<br>CHESTERFIELD, MO  63005-1100 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MCA MANAGEMENT<br>PO BOX 480<br>HIGH RIDGE, MO  63049-0480 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MEDICAL PAYMENT DATA<br>PO BOX 94498<br>LAS VEGAS, NV  89193 | 0.00 | 40/Unsecured<br>ACCT: 3606<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| EDUCATIONAL CREDIT MGMT CORP<br>PO BOX 16478<br>LOCKBOX #8682<br>ST PAUL, MN  55116-0478 | 12,689.06 | 40/Unsecured<br>ACCT: 2423<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0001<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                                                                          Page 6
CASE NO: **19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0002<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ONE ADVANTAGE LLC<br>7650 MAGNA DR<br>BELLEVILLE, IL  62223-3366 | 0.00 | 40/Unsecured<br>ACCT: 94<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ONE ADVANTAGE LLC<br>7650 MAGNA DR<br>BELLEVILLE, IL  62223-3366 | 0.00 | 40/Unsecured<br>ACCT: 99<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PAYPAL<br>2211 N 1ST ST<br>EBAY PARK NORTH<br>SAN JOSE, CA  95131-2021 | 0.00 | 40/Unsecured<br>ACCT: 5121<br>COMM: SYNCHRONY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ROYAL FURNITURE CO<br>PO BOX 3784<br>MEMPHIS, TN  38173-0784 | 0.00 | 40/Unsecured<br>ACCT: 2359<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPT OF EDUCATION<br>PO BOX 5609<br>C/O DIRECT LOAN SERVICING CTR<br>GREENVILLE, TX  75403 | 0.00 | 40/Unsecured<br>ACCT: 3<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPT OF EDUCATION<br>PO BOX 7202<br>UTICA, NY  13504-7202 | 0.00 | 40/Unsecured<br>ACCT: 4692<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 7
**CASE NO: 19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| US DEPT OF EDUCATION<br>PO BOX 4222<br>C/O COLLECTIONS<br>IOWA CITY, IA  52244 | 0.00 | 40/Unsecured<br>ACCT: 9301<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPT OF EDUCATION<br>PO BOX 4222<br>C/O COLLECTIONS<br>IOWA CITY, IA  52244 | 0.00 | 40/Unsecured<br>ACCT: 0189<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| VERIZON<br>PO BOX 4457<br>C/O AMERICAN INFOSOURCE<br>HOUSTON, TX  77210-4457 | 78.37 | 40/Unsecured<br>ACCT: 0001<br>COMM: #18<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WAKEFIELD & ASSOC<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE, TN  37909-1156 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WAKEFIELD & ASSOC<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE, TN  37909-1156 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SE EMERGENCY PHYSICIANS<br>MEMPHIS<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | 1,611.00 | 40/Unsecured<br>ACCT: 2423<br>COMM: #15<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ILLINOIS DEPT OF REVENUE<br>PO BOX 19035<br>SPRINGFIELD, IL  62794-9035 | 1,390.75 | 30/Priority<br>ACCT: 5469<br>COMM: #11/TAXES<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS      Page 8
CASE NO: **19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MCA MANAGEMENT<br>PO BOX 480<br>HIGH RIDGE, MO  63049-0480 | 206.53 | 40/Unsecured<br>ACCT: 6551<br>COMM: #1/URGENT CARE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ILLINOIS DEPT OF REVENUE<br>PO BOX 19035<br>SPRINGFIELD, IL  62794-9035 | 158.35 | 40/Unsecured<br>ACCT: 5469<br>COMM: #11/TAXES<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUICKEN LOANS INC<br>635 WOODWARD AVE<br>C/O BANKRUPTCY TEAM<br>DETROIT, MI  48226-3408 | 500.00 | 20/Post-Petition Mortgage Supplement<br>ACCT: 6363<br>COMM: #16 60MO<br>REG PYMT: $8.34<br>INT RATE: 0.00 |
| AT&T CORP<br>PO BOX 5072<br>C/O AMERICAN INFOSOURCE<br>CAROL STREAM, IL  60197-5072 | 668.44 | 40/Unsecured<br>ACCT: 8359<br>COMM: #14<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MERCY VIRTUAL BUSINESS OFFICE<br>PO BOX 505381<br>C/O MERCY HEALTH SYSTEMS<br>ST LOUIS, MO  63150-5381 | 3,255.45 | 40/Unsecured<br>ACCT: 5469<br>COMM: #8<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MERCY VIRTUAL BUSINESS OFFICE<br>PO BOX 505381<br>C/O MERCY HEALTH SYSTEMS<br>ST LOUIS, MO  63150-5381 | 9,748.19 | 40/Unsecured<br>ACCT: 2423<br>COMM: #9<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| YELLOW ENTERPRISES<br>PO BOX 1209<br>C/O CREDIT CLEARING HOUSE<br>LOUISVILLE, KY  40201-1209 | 213.99 | 40/Unsecured<br>ACCT: 5469<br>COMM: #17<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**    Page 9
CASE NO: **19-45962-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 719.62 | 30/Priority<br>ACCT: XXXXX2423<br>COMM: #21/18'INC TAXES<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 105.60 | 40/Unsecured<br>ACCT: XXXXX2423<br>COMM: #21/18'INC TAXES<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: November 17, 2020
STL_NTCPAYCLM -- GV

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on November 17, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on November 17, 2020.

CHRISTOPHER MATTHEW ROBOTHAM
BRITTNEY RAYE ROBOTHAM
33 E CARDIGAN DRIVE
ST LOUIS, MO  63135

/s/Diana S. Daugherty
Diana S. Daugherty